Michael J. PEZZULLO

v.

ST. JOSEPH'S HOSPITAL et al.

No. 82–330–A.

Supreme Court of Rhode Island.

March 17, 1983.

Samuel Miller, Providence, for plaintiff.

Ruth DiMeglio, Providence, for defendants.

### ORDER

The defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is hereby granted.

WEISBERGER, J., did not participate.

STATE

v.

Albert BROWN.

No. 82–524–C.A.

Supreme Court of Rhode Island.

March 17, 1983.

Dennis J. Roberts II, Atty. Gen., Anthony F. DelBonis, Sp. Asst. Atty. Gen., for plaintiff.

William F. Reilly, Public Defender, Barbara Hurst, Chief Appellate Atty., Janice Weisfeld, Asst. Public Defender, for defendant.

### ORDER

This matter was before the court on March 10, 1983 on an order previously issued to the defendant to show cause, if any he had, why his appeal ought not to be dismissed.

After hearing arguments of counsel thereon, it is the conclusion of the court that no cause has been shown. Therefore, the appeal of the defendant is denied and dismissed.